UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Erroll Flanigan
                              Plaintiff,

v.                                     Case No.: 1:14−cv−01261
                                                                  Honorable Samuel Der−Yeghiayan

The Warranty Group, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 21, 2014:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Joint motion for extension of time [35] is granted as follows: Fact discovery to be completed by 02/03/15. Plaintiff's expert disclosure and reports to be served by 02/20/15. Defendants 9; expert disclosures and reports to be served by 03/20/15. Expert discovery to be completed by 04/15/15. Supplemental motion for class certification to be filed by 02/03/15. Responses to be filed by 03/13/15 and replies to be filed by 03/27/15. Dispositive motions to be filed by 06/01/15 with responses due 07/09/15 and replies due 07/30/15. Status hearing set for 02/05/15 at 9:00 a.m. to stand. Noticed motion date of 10/22/14 is stricken. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.