IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERROLL FLANIGAN, individually and on behalf of all others similarly situated, | Case No. 1:14-cv-01261 |
| *Plaintiff,* | Honorable Jorge L. Alonso |
| v. | |
| THE WARRANTY GROUP, INC., a Delaware corporation, and AMERICAN PROTECTION PLANS, LLC d/b/a American Residential Warranty, a Florida limited liability company, | |
| *Defendants*. | |

**INITIAL STATUS REPORT FOR REASSIGNED CASE**

Pursuant to the Court's January 26, 2015 Order (Dkt. 45), Plaintiff Erroll Flanigan ("Plaintiff") and Defendants The Warranty Group, Inc. ("TWG") and American Protection Plans, LLC d/b/a American Residential Warranty ("ARW") (collectively "Defendants") submit this joint report to inform the Court of the status of this case.

**I.    NATURE OF THE CASE**

   A.    **Attorneys of Record**

Plaintiff is represented by Jay Edelson, Ari J. Scharg, and John C. Ochoa of Edelson PC.

TWG is represented by Norman K. Beck, Kevin P. McCormick, and Bonnie L. Keane of Winston & Strawn LLP.

ARW is represented by Frank C. Rowland and Storrs W. Downey of Bryce Downey & Lenkov LLC.

   B.   **Basis for Federal Jurisdiction**

This Court has jurisdiction of this lawsuit under 28 U.S.C. § 1331 because Plaintiff's

claim will require adjudication of a substantial, disputed question of federal law.

    C.    **Nature of Claims and Relief Sought**

This putative class action lawsuit alleges that Defendants TWG and ARW made unsolicited telephone calls to thousands of consumers in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. Plaintiff, on behalf of himself and the proposed class, alleges that these telephone calls were part of a joint telemarking effort to promote Defendants' home warranty products and services, and seeks an injunction, as well as an award of statutory damages, costs, and reasonable attorneys' fees.

    D.    **Service**

All parties have been served.

**II.**    **DISCOVERY AND PENDING MOTIONS**

    A.    **Pending Motions**

There is currently one motion pending before the Court:

On January 22, 2015, the Parties filed a Joint Motion to Stay Case. (Dkt. 42.) The Parties filed this motion because they have a mediation session scheduled with the Hon. Wayne Andersen (Ret.) of JAMS on February 18, 2015. The Parties believe that granting the motion would preserve both the Parties' and the Court's time and resources while the Parties attempt to resolve this lawsuit. Plaintiff filed this motion on January 22, 2015, and noticed it for hearing on January 27, 2015 at 9:30 a.m. The Court continued the hearing to February 12, 2015 at 9:00 a.m. (Dkt. 44.)

    B.    **Discovery**

The Parties have completed substantial discovery in this case, which has included exchanging Rule 26(a)(1) disclosures, issuing and responding to written discovery, producing documents, and issuing third-party subpoenas. The Parties have also informally exchanged

information, as well as conducted follow-up discovery conferences that have resulted in the production of additional documents.

The Court's current scheduling order (entered in response to the Parties' Joint Motion for Extension of Time) set the fact discovery deadline for February 3, 2015. (Dkt. 37.) Pursuant to the scheduling order, Plaintiff's deadline to serve his expert disclosures and reports is February 20, 2015, Defendants' deadline to serve their expert disclosures and reports is March 20, 2015, and the expert discovery deadline is April 15, 2015. As noted in the previous section, the Parties have moved to stay the case. (Dkt. 42.)

If the Parties are not able to reach a settlement at the scheduled mediation session, they will require time to complete follow-up depositions and resolve discovery disputes that are currently the subject of ongoing discussions. The Parties believe that extending the deadlines for a period of sixty (60) days, as requested in the Parties' Motion to Stay would provide enough time to complete this outstanding discovery.

    **C.**    **Substantive Rulings**

Judge Der-Yeghiayan has not issued any substantive rulings.

**III.**    <u>**TRIAL**</u>

The Parties have demanded a jury trial. No dates have been set for a final pretrial order or trial. The Parties anticipate being ready for trial by October 2015. The Parties estimate that the trial will be five days long.

**IV.**    <u>**SETTLEMENT AND REFERRALS**</u>

The Parties are scheduled to hold a private mediation session with the Honorable Wayne Andersen (Ret.) of JAMS. As such, the Parties do not request a settlement conference at this time before this Court or the Magistrate Judge. Counsel for the Parties have informed their respective clients about the possibility of proceeding before the Magistrate Judge in this case for all

purposes. The Parties do not unanimously consent to such a procedure.

Dated: February 5, 2015	Respectfully submitted,

**ERROLL FLANIGAN**, individually
and on behalf of all others similarly situated,

By: /s/ John C. Ochoa

Jay Edelson
jedelson@edelson.com
Ari J. Scharg
ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**THE WARRANTY GROUP, INC.**

By: /s/ Norman K. Beck

Norman K. Beck
Kevin P. McCormick
Bonnie L. Keane
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
nbeck@winston.com
kmccormick@winston.com
bkeane@winston.com

*Counsel for The Warranty Group, Inc.*

Respectfully submitted,

**AMERICAN PROTECTION PLANS LLC**
By: /s/ Frank C. Rowland

Frank C. Rowland

4

Storrs W. Downey
BRYCE DOWNEY & LENKOV LLC
200 N. LaSalle Street
Suite 2700
Chicago, Illinois 60601
(312) 377-1501
frowland@bdlfirm.com

*Counsel for American Protection Plans LLC*

5

## **CERTIFICATE OF SERVICE**

   I, John C. Ochoa, an attorney, hereby certify that on February 5, 2015, I served the above and foregoing ***Initial Status Report for Reassigned Case*** by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 5th day of February, 2015.

              /s/  John C. Ochoa