IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERROLL FLANIGAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE WARRANTY GROUP, INC., a Delaware corporation, and AMERICAN PROTECTION PLANS LLC, d/b/a American Residential Warranty, a Florida limited liability company,<br><br>*Defendants*. | Case No. 1:14-cv-01261<br><br>[Hon. Jorge L. Alonso] |

## NOTICE OF SETTLEMENT

Plaintiff Erroll Flanigan ("Plaintiff") and Defendants The Warranty Group, Inc. and American Protection Plans LLC (collectively, "Defendants"), hereby notify the Court that the Parties have reached agreement on the general parameters of a class action settlement agreement, the terms of which they are in the process of finalizing. Given this development, Plaintiff does not intend to move for class certification, and the Parties believe that all case deadlines should be vacated.

Dated: May 26, 2015

Respectfully submitted,

**ERROLL FLANIGAN**, individually
and on behalf of all others similarly situated,

By: /s/ John C. Ochoa

Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg

ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**THE WARRANTY GROUP, INC.**

By: /s/ Norman K. Beck

Norman K. Beck
Kevin P. McCormick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
nbeck@winston.com
kmccormick@winston.com

*Counsel for The Warranty Group, Inc.*


**AMERICAN PROTECTION PLANS LLC**

By: /s/ Frank C. Rowland

Frank C. Rowland
BRYCE DOWNEY & LENKOV LLC
200 N. LaSalle Street
Suite 2700
Chicago, Illinois 60601
(312) 377-1501
frowland@bdlfirm.com

*Counsel for American Protection Plans LLC*

## **CERTIFICATE OF SERVICE**

      I, John C. Ochoa, an attorney, hereby certify that on May 26, 2015, I served the above and foregoing *Notice of Settlement* by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 26th day of May, 2015.

      /s/ John C. Ochoa