# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Erroll Flanigan

                    Plaintiff,

v.                                          Case No.: 1:14–cv–01261
                                            Honorable Jorge L. Alonso

The Warranty Group, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 17, 2015:

        MINUTE entry before the Honorable Jorge L. Alonso: Pursuant to the parties' stipulation, this case is remanded to state court. Status hearing previously set for 7/30/15 is stricken. This case is remanded to Circuit Court of Cook County, Illinois, County Department, Chancery Division. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.